CGFI4 (3/29/12)



**ORDERED in the Southern District of Florida on May 9, 2013**



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 13–20842–EPK
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*
Sharon A Colombo
173 Sand Pine Dr
Jupiter, FL 33477

SSN: xxx–xx–9891

## ORDER ALLOWING INSTALLMENT PAYMENTS

The Application by Individual Debtor to Pay Filing Fee in Installments has been reviewed in accordance with Local Rule 1006–1(A).

**IT IS ORDERED** that the debtor is permitted to pay the filing fee in installments on the terms set forth as outlined below. Payment must be in cash, money order, cashier's or "official" check payable to "Clerk, United States Court", and delivered to: US Bankruptcy Court, 1515 N Flagler Dr #801, West Palm Beach, FL 33401.

Second installment of $ **115.50** due on or before **June 9, 2013**
Final installment of $ **115.50** due on or before **July 9, 2013**

**IT IS FURTHER ORDERED** that until this filing fee is paid in full the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. Absent further order of court, until this filing fee is paid in full, the debtor in a chapter 7 case will not receive a discharge and the debtor's plan in a chapter 13 case will be confirmed only on the condition that the chapter 13 plan provide for this filing fee to be paid in full immediately upon confirmation.

**IT IS FURTHER ORDERED** that failure of the debtor to pay any filing fee installment by the due date will result in entry of a dismissal order without further notice.

###

The clerk shall serve a copy of this order on the Debtor, Trustee, and if applicable, Attorney for Debtor.