*13-20842-EPK*

Certificate Number: 15725-FLS-CC-020834061



15725-FLS-CC-020834061

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 26, 2013, at 12:56 o'clock PM EDT, Sharon Colombo received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   April 26, 2013              By:    /s/Jai D Bhatt

                                    Name:  Jai D Bhatt

                                    Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).