**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                   Case No. 13-20842-EPK
                                                                                          Chapter 13

Sharon A Colombo


_____Debtor_____/

# DECLARATION REGARDING PAYMENT ADVICES

**Debtor**:

__X__ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ _____ )

_____ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices **are not** attached because the debtor:
   __ receives disability payments
   __ is unemployed and does not receive unemployment compensation
   __ receives Social Security payments
   __ receives a pension
   __ does not work outside the home
   __ is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain:_____

**Joint Debtor (if applicable):**

_____ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

_____ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

LF-10 (rev. 12/01/09)

\_\_\_\_\_ Copies of payment advices **are not** attached because the joint debtor:
    \_\_\_receives disability payments
    \_\_\_is unemployed and does not receive unemployment compensation
    \_\_\_receives Social Security payments
    \_\_\_receives a pension
    \_\_\_does not work outside the home
    \_\_\_is self employed and does not receive payment advices

\_\_\_\_\_ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

***NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).***

/S/ Sharon A Colombo    *Sharon A. Colombo*    Date: 5.7.2013
Signature of Attorney or Debtor

_____    Date:_____
Signature of Joint Debtor, if applicable

LF-10  (rev. 12/01/09)

Current Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**K. Hovnanian Companies, LLC**
110 W Front St
Red Bank, NJ 07701

**Pay Statement**
Period Start Date 02/16/2013
Period End Date 03/01/2013
Pay Date           03/08/2013
Document           391103
Net Pay            $2,381.76

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Sharon A Colombo | Employee Number | 103190 | Pay Group | Mortgage | Federal Income Tax  M 1 |
| 173 SAND PINE DRIVE | SSN | xxx-xx-9891 | Location | Mortgage Div- Boynton Bch | FL State Income Tax (Residence) M 1 |
| JUPITER, FL 33477 | Job | Post Closing Mgr | Group | Z - None | FL State Income Tax (Work)  M 1 |
| USA | Pay Rate | $43.79 | Region | Z - None | |
| | Pay Frequency | Biweekly | Division | MTG - Mortgage Division | |
| | | | Area | Z - None | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL Imputed Inc | 0.0000 | $0.0000 | $14.12 | $42.36 |
| LTD Fringe | 0.0000 | $0.0000 | $10.25 | $51.25 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $350.33 |
| Regular | 80.0000 | $43.7918 | $3,503.34 | $16,816.04 |
| Tobacco Free Cr | 0.0000 | $0.0000 | $30.00 | $150.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $350.33 |
| **Total Hours** | **80.0000** | | | |

## Deductions

| Deduction | Pre-Tax | Current | YTD |
|---|---|---|---|
| 401k Loan | No | $136.73 | $683.65 |
| AD&D | No | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 |
| ConsumerChoice1 | Yes | $213.24 | $1,066.20 |
| Dental | Yes | $23.98 | $119.90 |
| Dependent Life | No | $0.92 | $2.76 |
| EAP Admin Fee | No | $0.00 | $0.00 |
| FSA - Dep Care | Yes | $104.16 | $520.80 |
| GTL Imputed Inc | No | $14.12 | $42.36 |
| LTD Fringe | No | $10.25 | $51.25 |
| Marie Fund | No | $1.00 | $5.00 |
| Spouse Life | No | $10.00 | $30.00 |
| STD | No | $0.00 | $0.00 |
| Supp Life Cov | No | $36.40 | $109.20 |
| Vision | Yes | $4.50 | $22.50 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $46.57 | $232.45 |
| Federal Income Tax | $374.94 | $1,879.38 |
| Social Security Employee Tax | $199.14 | $993.92 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 8.0000 |
| Vacation | 4.6200 | 47.2200 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6367 | Checking | $2,381.76 |
| Total | | $2,381.76 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,557.71 | $3,211.83 | $620.65 | $555.30 | $2,381.76 |
| YTD | $17,760.31 | $16,030.91 | $3,105.75 | $2,653.62 | $12,000.94 |

*Originally printed in English*

Current Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**K. Hovnanian Companies, LLC**
110 W Front St
Red Bank, NJ 07701

**Pay Statement**
Period Start Date 03/02/2013
Period End Date 03/15/2013
Pay Date 03/22/2013
Document 137260
Net Pay $2,430.18

## Pay Details

Sharon A Colombo
173 SAND PINE DRIVE
JUPITER, FL 33477
USA

| | |
|---|---|
| Employee Number | 103190 |
| SSN | xxx-xx-9891 |
| Job | Post Closing Mgr |
| Pay Rate | $43.79 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Mortgage |
| Location | Mortgage Div-Boynton Bch |
| Group | Z - None |
| Region | Z - None |
| Division | MTG - Mortgage Division |
| Area | Z - None |

| | |
|---|---|
| Federal Income Tax | M 1 |
| FL State Income Tax (Residence) | M 1 |
| FL State Income Tax (Work) | M 1 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL Imputed Inc | 0.0000 | $0.0000 | $0.00 | $42.36 |
| LTD Fringe | 0.0000 | $0.0000 | $10.25 | $61.50 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $350.33 |
| Regular | 56.0000 | $43.7918 | $2,452.34 | $19,268.38 |
| Sick | 24.0000 | $43.7918 | $1,051.00 | $1,051.00 |
| Tobacco Free Cr | 0.0000 | $0.0000 | $30.00 | $180.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $350.33 |
| **Total Hours** | 80.0000 | | | |

## Deductions

| Deduction | Pre-Tax | Current | YTD |
|---|---|---|---|
| 401k Loan | No | $136.73 | $820.38 |
| AD&D | No | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 |
| ConsumerChoice1 | Yes | $213.24 | $1,279.44 |
| Dental | Yes | $23.98 | $143.88 |
| Dependent Life | No | $0.00 | $2.76 |
| EAP Admin Fee | No | $0.00 | $0.00 |
| FSA - Dep Care | Yes | $104.16 | $624.96 |
| GTL Imputed Inc | No | $0.00 | $42.36 |
| LTD Fringe | No | $10.25 | $61.50 |
| Marie Fund | No | $1.00 | $6.00 |
| Spouse Life | No | $0.00 | $30.00 |
| STD | No | $0.00 | $0.00 |
| Supp Life Cov | No | $0.00 | $109.20 |
| Vision | Yes | $4.50 | $27.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $46.36 | $278.81 |
| Federal Income Tax | $374.94 | $2,254.32 |
| Social Security Employee Tax | $198.25 | $1,192.17 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 8.0000 |
| Vacation | 4.6200 | 51.8400 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $2,430.18 |
| Total | | $2,430.18 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,543.59 | $3,197.71 | $619.55 | $493.86 | $2,430.18 |
| YTD | $21,303.90 | $19,228.62 | $3,725.30 | $3,147.48 | $14,431.12 |

*Originally printed in English*