UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Sharon A Colombo**   JOINT DEBTOR: _____   CASE NO.: 13-20842-K

Last Four Digits of SS#   **xxx-xx-9891**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A.  $ **490.89** for months **1** to **60** ;
- B.  $ _____ for months ___ to ___ ;
- C.  $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee -  $ **0.00**   TOTAL PAID $ **0.00**
Balance Due   $ **-NONE-** payable $ _____ /month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $ **0.00**
   Address: _____   Arrears Payment  $ **0.00** /month (Months **0** to **0**)
   Account No: _____   Regular Payment  $ **0.00** /month (Months **60** to **60**)

2. **GM FINANCIALS**   Arrearage on Petition Date  $ **0.00**
   Address: **P.O BOX 78143; Phoenix, AZ 85062**   Arrears Payment  $ **0.00** /month (Months **0** to **0**)
   Account No: **xxxxx9984**   Regular Payment  $ **305.30** /month (Months **1** to **33**)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due  $ _____
Payable  $ _____ /month   (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: Pay $ **274.05** /month (Months **1** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Sharon A Colombo   *Sharon A Colombo*
Sharon A Colombo
Debtor

Date: **May 6, 2013**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy