UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Sharon A Colombo**      JOINT DEBTOR: _____      CASE NO.: 13-20842-K

Last Four Digits of SS# **xxx-xx-9891**      Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

   A.  $ __**490.89**__  for months __**1**__ to __**60**__ ;
   B.  $ _____  for months _____ to _____ ;
   C.  $ _____  for months _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ __**0.00**__  TOTAL PAID $ __**0.00**__
                 Balance Due     $ __-NONE-__  payable $ _____ /month  (Months ____ to ____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date  $ **0.00**
   Address: _____   Arrears Payment  $ __**0.00**__ /month  (Months **0** to **0**)
   Account No: _____   Regular Payment  $ __**0.00**__ /month  (Months **60** to **60**)

2. **GM FINANCIALS**            Arrearage on Petition Date  $ **0.00**
   Address: **P.O BOX 78143;
   Phoenix, AZ 85062**          Arrears Payment  $ __**0.00**__ /month  (Months **0** to **0**)
   Account No: **xxxxx9984**    Regular Payment  $ __**305.30**__ /month  (Months **1** to **33**)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
   **-NONE-**     Total Due  $ _____
                  Payable    $ _____ /month  (Months __ to __ )   Regular Payment $ _____

Unsecured Creditors: Pay $ **274.05** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Sharon A Colombo    *Sharon A Colombo* (signature)
**Sharon A Colombo**
Debtor

Date: **May 6, 2013**