```
                           United States Bankruptcy Court
                            Southern District of Florida
In re:                                                        Case No. 13-20842-EPK
Sharon A Colombo                                              Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 113C-9          User: montygier               Page 1 of 2                  Date Rcvd: May 09, 2013
                              Form ID: pdf008               Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2013.
db          +Sharon A Colombo,    173 Sand Pine Dr,   Jupiter, FL 33477-9679
smg          Florida Department of Revenue,    POB 6668,   Bankruptcy Division,   Tallahassee, FL  32314-6668
91329312    +American Express,    PO BOX 981537,   El Paso, TX 79998-1537
91329315    +BILL ME LATER,    PO Box 2394,   Omaha, NE 68103-2394
91329316    +Chase,   P . O. BOX 15298,    Wilmington, DE 19850-5298
91329319    +Citi Bank/ CITGO,   P.O BOX 6497,   Sioux Falls, SO  57117-6497
91329324    +GM FINANCIALS,    PO BOX 78143,   Phoenix, AZ 85062-8143
91329326    +HSBC/HOUSEHOLD FINANCE,    P.O BOX 3425,   Buffalo, NY 14240-3425
91329325     Home Depot,    P.O. Box 6497,   Sioux Falls, SO 57117-6497
91329328    +Target National Bank,    P.O. Box 673,   Minneapolis, MN 55440-0673
91329329     ZEPHYRHILLS,   6661 xie Hwy, Suite 4,   Louisville, KY 40258

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
91329314    +E-mail/Text: bknotices@bankofthewest.com May 09 2013 22:25:22     BANK OF THE WEST,
              2527 CAMINO RAMON,   San Ramon, CA 94583-4213
91329318    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 09 2013 22:24:55     Citi Bank,
              C/O Asset Acceptance,   P . O. BOX 2036,   Warren, MI 48090-2036
91329320     E-mail/PDF: mrdiscen@discoverfinancial.com May 09 2013 22:33:33     Discover Financial Services,
              P.O. Box 15316,   Wilmington, DE 19850
91329321    +E-mail/PDF: gecsedi@recoverycorp.com May 09 2013 22:31:32     GE Money Bank,   PO Box 981127,
              El Paso, TX 79998-1127
91329322    +E-mail/PDF: gecsedi@recoverycorp.com May 09 2013 22:33:30     GECRB,   P.O BOX 965036,
              Orlando, FL 32896-5036
91329323    +E-mail/PDF: gecsedi@recoverycorp.com May 09 2013 22:31:32     GECRB/SELECT COMFORT,
              P.O BOX 965036,   Orlando, FL 32896-5036
91329327     E-mail/Text: bnc@nordstrom.com May 09 2013 22:24:45     Nordstrom FSB,   P.O. Box 13589,
              Scottsdale, AZ 85267-3589
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
91329313*   +American Express,    PO BOX 981537,   El Paso, TX 79998-1537
91329317*   +Chase,   P.O. BOX 15298,   Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2013**                        **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 113C-9          User: montygier              Page 2 of 2              Date Rcvd: May 09, 2013
                              Form ID: pdf008              Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2013 at the address(es) listed below:
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                             TOTAL: 2
```

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Sharon A Colombo**        JOINT DEBTOR: _____        CASE NO.: 13-20842-K

Last Four Digits of SS#  **xxx-xx-9891**    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ __**490.89**__ for months __**1**__ to __**60**__ ;
  B. $ _____ for months _____ to _____ ;
  C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __**0.00**__ TOTAL PAID $ __**0.00**__
                Balance Due     $ __-NONE-__ payable $ _____ /month (Months _____ to _____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
   Address: _____        Arrearage on Petition Date  $ __**0.00**__
                              Arrears Payment  $ __**0.00**__ /month (Months **0** to **0**)
   Account No: _____     Regular Payment  $ __**0.00**__ /month (Months **60** to **60**)

2. **GM FINANCIALS**          Arrearage on Petition Date  $ __**0.00**__
   Address: **P.O BOX 78143;**
            **Phoenix, AZ 85062**   Arrears Payment  $ __**0.00**__ /month (Months **0** to **0**)
   Account No: **Account No:**
               **xxxxx9984**   Regular Payment  $ __**305.30**__ /month (Months **1** to **33**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

  __-NONE-__   Total Due  $ _____
               Payable    $ _____ /month   (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: Pay $ **274.05** /month (Months **1** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Sharon A Colombo   *Sharon A Colombo*
**Sharon A Colombo**
Debtor

Date: **May 6, 2013**