UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Bankr. Case No. 13-20842-EPK-13

Sharon A Colombo  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/ James Hogan, Jr.

        James Hogan, Jr.
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on May 21, 2013 :

>Robin R Weiner
>P.O Box 559007
>Fort Lauderdale, FL 33355

By  /s/ James Hogan, Jr.
James Hogan, Jr.

xxxxx89984 / 665476