UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 13-20842-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

SHARON A COLOMBO
XXX-XX-9891

DEBTOR_____/

NOTICE OF
CONTINUED 341 MEETING OF CREDITORS AND CONFIRMATION HEARING

YOU ARE HEREBY NOTIFIED that the §341 Meeting of Creditors has been continued to July 24, 2013 at 10:30 AM at the UNITED STATES FEDERAL BANKRUPTCY COURTHOUSE, 1515 NORTH FLAGLER DRIVE, ROOM 870, WEST PALM BEACH, FL 33401.

The Confirmation Hearing will be held on August 19, 2013 at 9:00 AM as originally scheduled at the UNITED STATES FEDERAL BANKRUPTCY COURTHOUSE, 1515 NORTH FLAGLER DRIVE, ROOM 801, COURTROOM B, WEST PALM BEACH, FL 33401.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued 341 Meeting of Creditors and Confirmation Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 20th day of June, 2013.

                                         /s/ Robin R. Weiner
                                         ROBIN R. WEINER, ESQUIRE
                                         STANDING CHAPTER 13 TRUSTEE
                                         P.O. BOX 559007
                                         FORT LAUDERDALE, FL 33355-9007
                                         TELEPHONE: 954-382-2001
                                         FLORIDA BAR NO.: 861154

NOTICE OF CONTINUED 341 MEETING OF CREDITORS
CASE NO.: 13-20842-BKC-EPK

## **SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
SHARON A COLOMBO
173 SAND PINE DR
JUPITER, FL  33477

**THE CLERK OF COURT** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.