```
                              United States Bankruptcy Court
                               Southern District of Florida
In re:                                                                  Case No. 13-20842-EPK
Sharon A Colombo                                                        Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 113C-9          User: delaran                 Page 1 of 3                   Date Rcvd: Jun 20, 2013
                              Form ID: pdf004               Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2013.
```
db           +Sharon A Colombo,    173 Sand Pine Dr,    Jupiter, FL 33477-9679
cr          ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,     POB 183853,
               Arlington, TX   76096)
91329312     +American Express,    PO BOX 981537,    El Paso, TX 79998-1537
91329315     +BILL ME LATER,    PO Box 2394,    Omaha, NE 68103-2394
91329316     +Chase,   P . O. BOX 15298,    Wilmington, DE 19850-5298
91329319     +Citi Bank/ CITGO,    P.O BOX 6497,    Sioux Falls, SO  57117-6497
91329324     +GM FINANCIALS,    PO BOX 78143,    Phoenix, AZ 85062-8143
91329326     +HSBC/HOUSEHOLD FINANCE,    P.O BOX 3425,    Buffalo, NY 14240-3425
91329325      Home Depot,   P.O. Box 6497,    Sioux Falls, SO 57117-6497
91329328     +Target National Bank,    P.O. Box 673,    Minneapolis, MN 55440-0673
91329329      ZEPHYRHILLS,    6661 xie Hwy, Suite 4,    Louisville, KY 40258
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2013 00:05:16      Recovery Management Systems Corporation,    25 SE 2 Ave #1120,    Miami, FL 33131-1605
91365325     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 20 2013 23:59:03      Asset Acceptance LLC,
               Po Box 2036,    Warren MI 48090-2036
91329314     +E-mail/Text: bknotices@bankofthewest.com Jun 20 2013 23:59:32       BANK OF THE WEST,
               2527 CAMINO RAMON,    San Ramon, CA 94583-4213
91476415     +E-mail/Text: bankruptcy@cavps.com Jun 21 2013 00:02:06      Cavalry Portfolio Services LLC,
               Cavalry Portfolio Services, LLC,    500 SUMMIT LAKE DRIVE STE 400,     VALHALLA, NY 10595-2322
91329318     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 20 2013 23:59:03      Citi Bank,
               C/O Asset Acceptance,    P . O. BOX 2036,    Warren, MI 48090-2036
91329320      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 21 2013 00:07:10      Discover Financial Services,
               P.O. Box 15316,    Wilmington, DE 19850
91444041      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 21 2013 00:07:10      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
91329321     +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2013 00:05:04       GE Money Bank,   PO Box 981127,
               El Paso, TX 79998-1127
91329322     +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2013 00:06:06       GECRB,   P.O BOX 965036,
               Orlando, FL 32896-5036
91329323     +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2013 00:07:21       GECRB/SELECT COMFORT,
               P.O BOX 965036,    Orlando, FL 32896-5036
91329327      E-mail/Text: bnc@nordstrom.com Jun 20 2013 23:58:54       Nordstrom FSB,   P.O. Box 13589,
               Scottsdale, AZ 85267-3589
91439416     +E-mail/Text: bnc@nordstrom.com Jun 20 2013 23:58:54       Nordstrom fsb,   P.O. Box 6566,
               Englewood, CO 80155-6566
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
91368268*   ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
               Arlington, Texas  76096)
91329313*    +American Express,    PO BOX 981537,    El Paso, TX 79998-1537
91329317*    +Chase,   P.O. BOX 15298,    Wilmington, DE 19850-5298
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 113C-9          User: delaran            Page 2 of 3              Date Rcvd: Jun 20, 2013
                              Form ID: pdf004          Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2013**          **Signature:**          _Joseph Speetjens_

```
District/off: 113C-9           User: delaran              Page 3 of 3              Date Rcvd: Jun 20, 2013
                               Form ID: pdf004            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2013 at the address(es) listed below:

        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
        Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com

        TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO.: 13-20842-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

SHARON A COLOMBO
XXX-XX-9891

_____DEBTOR_____/

**NOTICE OF**
**CONTINUED 341 MEETING OF CREDITORS AND CONFIRMATION HEARING**

   YOU ARE HEREBY NOTIFIED that the §341 Meeting of Creditors has been continued to <u>July 24, 2013</u> at <u>10:30 AM</u> at the UNITED STATES FEDERAL BANKRUPTCY COURTHOUSE, 1515 NORTH FLAGLER DRIVE, ROOM 870, WEST PALM BEACH, FL 33401.

   The Confirmation Hearing will be held on <u>August 19, 2013</u> at <u>9:00 AM</u> as originally scheduled at the UNITED STATES FEDERAL BANKRUPTCY COURTHOUSE, 1515 NORTH FLAGLER DRIVE, ROOM 801, COURTROOM B, WEST PALM BEACH, FL 33401.

   **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued 341 Meeting of Creditors and Confirmation Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 20th day of June, 2013.

          */s/ Robin R. Weiner*
          ROBIN R. WEINER, ESQUIRE
          STANDING CHAPTER 13 TRUSTEE
          P.O. BOX 559007
          FORT LAUDERDALE, FL 33355-9007
          TELEPHONE: 954-382-2001
          FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
SHARON A COLOMBO
173 SAND PINE DR
JUPITER, FL  33477

**THE CLERK OF COURT** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.