# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

CASE NO.: 13-20842-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

SHARON A COLOMBO
XXX-XX-9891

DEBTOR_____/

## CERTIFICATE OF SERVICE

## ORDER AUTHORIZING TRUSTEE TO DISBURSE PAYMENTS (DE #25)

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Pleading noted above was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 22nd day of August, 2013.

    */s/ Robin R. Weiner*
    ROBIN R. WEINER, ESQUIRE
    STANDING CHAPTER 13 TRUSTEE
    P.O. BOX 559007
    FORT LAUDERDALE, FL 33355-9007
    TELEPHONE: 954-382-2001
    FLORIDA BAR NO.: 861154

CERTIFICATE OF SERVICE
CASE NO.: 13-20842-BKC-EPK

## **SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
SHARON A COLOMBO
173 SAND PINE DR
JUPITER, FL  33477

**ATTORNEY FOR DEBTOR**
PRO-SE