```
                           United States Bankruptcy Court
                            Southern District of Florida
In re:                                                                  Case No. 13-20842-EPK
Sharon A Colombo                                                        Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 113C-9          User: admin                  Page 1 of 3                  Date Rcvd: Aug 21, 2013
                              Form ID: CGFD65              Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2013.
db            +Sharon A Colombo,    173 Sand Pine Dr,    Jupiter, FL 33477-9679
smg            Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallahassee, FL  32314-6668
cr            ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   Americredit Financial Services, Inc.,    POB 183853,
                Arlington, TX   76096)
91329312      +American Express,    PO BOX 981537,    El Paso, TX 79998-1537
91612859       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
91329315      +BILL ME LATER,    PO Box 2394,    Omaha, NE 68103-2394
91329316      +Chase,    P . O. BOX 15298,    Wilmington, DE 19850-5298
91329319      +Citi Bank/ CITGO,    P.O BOX 6497,    Sioux Falls, SO  57117-6497
91329324      +GM FINANCIALS,    PO BOX 78143,    Phoenix, AZ 85062-8143
91329326      +HSBC/HOUSEHOLD FINANCE,    P.O BOX 3425,    Buffalo, NY 14240-3425
91329325       Home Depot,    P.O. Box 6497,    Sioux Falls, SO 57117-6497
91545983      +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
91329328      +Target National Bank,    P.O. Box 673,    Minneapolis, MN 55440-0673
91329329       ZEPHYRHILLS,    6661 xie Hwy, Suite 4,    Louisville, KY 40258

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: rmscedi@recoverycorp.com Aug 22 2013 00:47:22
               Recovery Management Systems Corporation,    25 SE 2 Ave #1120,    Miami, FL 33131-1605
91365325      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 22 2013 00:42:35     Asset Acceptance LLC,
               Po Box 2036,    Warren MI 48090-2036
91329314      +E-mail/Text: bknotices@bankofthewest.com Aug 22 2013 00:43:05     BANK OF THE WEST,
               2527 CAMINO RAMON,    San Ramon, CA 94583-4213
91476415      +E-mail/Text: bankruptcy@cavps.com Aug 22 2013 00:44:41    Cavalry Portfolio Services LLC,
               Cavalry Portfolio Services, LLC,    500 SUMMIT LAKE DRIVE STE 400,    VALHALLA, NY 10595-2322
91329318      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 22 2013 00:42:35     Citi Bank,
               C/O Asset Acceptance,    P . O. BOX 2036,    Warren, MI 48090-2036
91329320       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 22 2013 00:53:50    Discover Financial Services,
               P.O. Box 15316,    Wilmington, DE 19850
91444041       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 22 2013 00:53:50    Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
91571891       E-mail/PDF: rmscedi@recoverycorp.com Aug 22 2013 00:47:21    GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
91329321      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2013 00:48:06    GE Money Bank,    PO Box 981127,
               El Paso, TX 79998-1127
91329322      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2013 00:46:52    GECRB,    P.O BOX 965036,
               Orlando, FL 32896-5036
91329323      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2013 00:48:07    GECRB/SELECT COMFORT,
               P.O BOX 965036,    Orlando, FL 32896-5036
91329327       E-mail/Text: bnc@nordstrom.com Aug 22 2013 00:42:20    Nordstrom FSB,    P.O. Box 13589,
               Scottsdale, AZ 85267-3589
91439416      +E-mail/Text: bnc@nordstrom.com Aug 22 2013 00:42:20    Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
91368268*     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                Arlington, Texas   76096)
91329313*     +American Express,    PO BOX 981537,    El Paso, TX 79998-1537
91329317*     +Chase,    P.O. BOX 15298,    Wilmington, DE 19850-5298
91545996*     +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 113C-9           User: admin              Page 2 of 3              Date Rcvd: Aug 21, 2013
                               Form ID: CGFD65         Total Noticed: 27

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2013**                         **Signature:**   _Joseph Speetjens_

```
District/off: 113C-9          User: admin              Page 3 of 3              Date Rcvd: Aug 21, 2013
                              Form ID: CGFD65          Total Noticed: 27


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2013 at the address(es) listed below:
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                              TOTAL: 2
```

**CGFD65** (12/1/09)



**ORDERED in the Southern District of Florida on August 21, 2013**



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 13–20842–EPK**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Sharon A Colombo
173 Sand Pine Dr
Jupiter, FL 33477

SSN: xxx–xx–9891

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

# # #

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*