# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

CASE NO.: 13-20842-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

SHARON A COLOMBO
XXX-XX-9891

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to make required payments under the Plan as required by 11 U.S.C. §1307;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 27th day of August, 2013.

                                         */s/ Robin R. Weiner*
                                         ROBIN R. WEINER, ESQUIRE
                                         STANDING CHAPTER 13 TRUSTEE
                                         P.O. BOX 559007
                                         FORT LAUDERDALE, FL 33355-9007
                                         TELEPHONE: 954-382-2001
                                         FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  13-20842-BKC-EPK

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
SHARON A COLOMBO
173 SAND PINE DR
JUPITER, FL  33477

**CREDITOR**
GE CAPITAL RETAIL BANK
C/O RECOVERY MANAGEMENT SYSTEM
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL  33131-1605

JAMES HOGAN JR
PO BOX 183853
ARLINGTON, TX  76096

CAVALRY PORTFOLIO SERVICES, LLC
500 SUMMIT LAKE DRIVE
SUITE 400
VALHALLA, NY  10595

AMERICREDIT FINANCIAL SERVICES
PO BOX 183853
ARLINGTON, TX  76096