**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE:                                         CASE NO: 13-20842-BKC-EPK
                                               ROCEEDING UNDER CHAPTER 13
SHARON A COLOMBO
XXX-XX-9891

DEBTOR(S)
_____/

## NOTICE OF APPEARANCE

Please Take Notice, that Inger M. Garcia, Esq., the undersigned counsel, hereby files her Notice of Appearance, on behalf of Debtor, SHANON A. COLOMBO, in the above styled case.

I HEREBY CERTIFY, that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A), and that a true and correct copy of this Notice of Appearance was served via CM/ECF, upon the parties listed on the attached service list this 19th day of August, 2013.

Respectfully Submitted,

/s/ Inger Garcia

**INGER M. GARCIA, ESQ.**
Florida Bar No. 0106917
P.O. Box 11933
Ft. Lauderdale, FL 33339
(Tel) 954-894-9962
(Fax) 954-446-1635
E-mail: attorney@ingergarcia.com

1

## SERVICE LIST

*Trustee*
**Robin R Weiner, Esq.**
www.ch13weiner.com
P. O. Box 559007
Fort Lauderdale, FL 33355-9007
Tel:    954-382-2001
ecf@ch13weiner.com ecf2@ch13weiner.com


*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov