# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

                                                                                     **CASE NO.: 13-20842-BKC-EPK**
                                                                                     PROCEEDING UNDER CHAPTER 13

IN RE:

SHARON A COLOMBO
XXX-XX-9891

DEBTOR_____/

## NOTICE OF CONTINUED TRUSTEE'S MOTION TO DISMISS

    **YOU ARE NOTIFIED** that Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion to Dismiss has been continued to <u>October 15, 2013</u> at <u>1:00 PM</u> at the United States Federal Bankruptcy Courthouse, 1515 North Flagler Drive, Room 801, Courtroom B, West Palm Beach, FL 33401.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice Continuing Trustee's Motion to Dismiss was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 18th day of September, 2013.

                                                       */s/ Robin R. Weiner*
                                                        ROBIN R. WEINER, ESQUIRE
                                                        STANDING CHAPTER 13 TRUSTEE
                                                        P.O. BOX 559007
                                                        FORT LAUDERDALE, FL 33355-9007
                                                        TELEPHONE: 954-382-2001
                                                        FLORIDA BAR NO.: 861154

NOTICE OF CONTINUING TRUSTEE'S MOTION TO DISMISS
CASE NO.:  13-20842-BKC-EPK

## **SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
SHARON A COLOMBO
173 SAND PINE DR
JUPITER, FL  33477

**ATTORNEY FOR DEBTOR**
INGER M. GARCIA, ESQUIRE
PO BOX 11933
FORT LAUDERDALE, FL  33339

**INGER M. GARCIA, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.