Certificate Number: 14912-FLS-DE-021643455

Bankruptcy Case Number: 13-20842



14912-FLS-DE-021643455

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 16, 2013</u>, at <u>10:04</u> o'clock <u>PM EDT</u>, <u>Sharon Colombo</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date:   <u>August 16, 2013</u>           By:   <u>/s/Anthony Levato</u>

Name:   <u>Anthony Levato</u>

Title:   <u>Counselor</u>

## U.S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

IN RE:

**CASE NO: 13-20842-BKC-EPK**
**ROCEEDING UNDER CHAPTER 13**

**SHARON A COLOMBO**
XXX-XX-9891

DEBTOR(S)

_____/

## NOTICE OF FILING CERTIFICATE OF DEBTOR EDUCATION

Please Take Notice, that Debtor, Sharon A. Colombo, by and through the undersigned, hereby files her proof and Certificate of Debtor Education, in the above styled case.

I HEREBY CERTIFY, that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A), and that a true and correct copy of this Notice of Filing was served via e-mail, upon the parties listed on the attached service list this 15th day of October, 2013.

Respectfully Submitted,

/s/ Inger Garcia

**INGER M. GARCIA, ESQ.**
Florida Bar No. 0106917
P.O. Box 11933
Ft. Lauderdale, FL 33339
(Tel) 954-894-9962
(Fax) 954-446-1635
E-mail: attorney@ingergarcia.com

1

## SERVICE LIST

*Trustee*
**Robin R Weiner, Esq.**
www.ch13weiner.com
P. O. Box 559007
Fort Lauderdale, FL 33355-9007
Tel:    954-382-2001
ecf@ch13weiner.com ecf2@ch13weiner.com

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

2