**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                          Case No. 13-20842-EPK
                                                                                                 Chapter    13

COLOMBO, SHARON A.

_____Debtor_____/

# DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

__X__  Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

_____  Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____  Copies of all payment advices **are not** attached because the debtor:
  __ receives disability payments
  __ is unemployed and does not receive unemployment compensation
  __ receives Social Security payments
  __ receives a pension
  __ does not work outside the home
  __ is self employed and does not receive payment advices

_____  None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

**Joint Debtor (if applicable):**

_____  Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

_____  Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

LF-10 (rev. 12/01/09)                              Page 1 of 2

_____ Copies of payment advices **are not** attached because the joint debtor:
 ___receives disability payments
 ___is unemployed and does not receive unemployment compensation
 ___receives Social Security payments
 ___receives a pension
 ___does not work outside the home
 ___is self employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

_____  Date: 10/14/13
Signature of Attorney of Debtor

_____  Date: _____
Signature of Joint Debtor, if applicable

/s/ Adam Colombo - Debtor 10/14/13

LF-10 (rev. 12/01/09)     Page 2 of 2

Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.



K. Hovnanian Companies, LLC
110 W Front St

Red Bank, NJ 07701

**Pay Statement**
Period Start Date 09/14/2013
Period End Date 09/27/2013
Pay Date          10/04/2013
Document          411697
Net Pay           $2,518.49

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Sharon A Colombo | Employee Number | 103190 | Pay Group | Mortgage | Federal Income Tax | M 1 |
| 173 SAND PINE DRIVE | SSN | xxx-xx-**** | Location | Mortgage/SE FL Office | FL State Income Tax (Residence) | M 1 |
| JUPITER, FL 33477 | Job | Post Closing Mgr | Group | Z - None | FL State Income Tax (Work) | M 1 |
| USA | Pay Rate | $43.79 | Region | Z - None | | |
| | Pay Frequency | Biweekly | Division | MTG - Mortgage Division | | |
| | | | Area | Z - None | | |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL Imputed Inc | 0.0000 | $0.0000 | $14.12 | $141.20 |
| LTD Fringe | 0.0000 | $0.0000 | $10.25 | $194.75 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $700.66 |
| Regular | 72.0000 | $43.7918 | $3,153.01 | $64,461.48 |
| Sick | 0.0000 | $0.0000 | $0.00 | $1,051.00 |
| Tobacco Free Cr | 0.0000 | $0.0000 | $30.00 | $570.00 |
| Vacation | 8.0000 | $43.7918 | $350.33 | $3,853.67 |

**Total Hours** 80.0000

### Deductions

| Deduction | Pre-Tax | Employee Current | YTD |
|---|---|---|---|
| 401k Loan | No | $0.00 | $1,504.03 |
| AD&D | No | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 |
| Bus. Acc Ins. | No | $0.00 | $0.00 |
| ConsumerChoice1 | Yes | $213.24 | $4,051.56 |
| Dental | Yes | $23.98 | $455.62 |
| Dependent Life | No | $0.92 | $9.20 |
| EAP Admin Fee | No | $0.00 | $0.00 |
| FSA - Dep Care | Yes | $104.16 | $1,979.04 |
| GTL Imputed Inc | No | $14.12 | $141.20 |
| LTD Fringe | No | $10.25 | $194.75 |
| Marie Fund | No | $1.00 | $20.00 |
| Spouse Life | No | $10.00 | $100.00 |
| STD | No | $0.00 | $0.00 |
| Supp Life Cov | No | $36.40 | $364.00 |
| Vision | Yes | $4.50 | $85.50 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $46.58 | $933.82 |
| Federal Income Tax | $374.94 | $7,573.90 |
| Social Security Employee Tax | $199.13 | $3,992.86 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Vacation | 4.6200 | 36.5200 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6367 | Checking | $2,518.49 |
| Total | | $2,518.49 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,557.71 | $3,211.83 | $620.65 | $418.57 | $2,518.49 |
| YTD | $70,972.76 | $64,401.04 | $12,500.58 | $8,904.90 | $49,567.28 |

*Originally printed in English*

Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.



K. Hovnanian Companies, LLC
110 W Front St

Red Bank, NJ 07701

**Pay Statement**
Period Start Date 08/31/2013
Period End Date 09/13/2013
Pay Date          09/20/2013
Document          410250
Net Pay           $2,566.90

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Sharon A Colombo | Employee Number | 103190 | Pay Group | Mortgage | Federal Income Tax | M 1 |
| 173 SAND PINE DRIVE | SSN | xxx-xx-**** | Location | Mortgage/SE FL Office | FL State Income Tax (Residence) | M 1 |
| JUPITER, FL 33477 | Job | Post Closing Mgr | Group | Z - None | FL State Income Tax (Work) | M 1 |
| USA | Pay Rate | $43.79 | Region | Z - None | | |
| | Pay Frequency | Biweekly | Division | MTG - Mortgage Division | | |
| | | | Area | Z - None | | |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL Imputed Inc | 0.0000 | $0.0000 | $0.00 | $127.08 |
| LTD Fringe | 0.0000 | $0.0000 | $10.25 | $184.50 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $700.66 |
| Regular | 80.0000 | $43.7918 | $3,503.34 | $61,308.47 |
| Sick | 0.0000 | $0.0000 | $0.00 | $1,051.00 |
| Tobacco Free Cr | 0.0000 | $0.0000 | $30.00 | $540.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $3,503.34 |

**Total Hours** 80.0000

### Deductions

| Deduction | Pre-Tax | Current | YTD |
|---|---|---|---|
| 401k Loan | No | $0.00 | $1,504.03 |
| AD&D | No | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 |
| ConsumerChoice1 | Yes | $213.24 | $3,838.32 |
| Dental | Yes | $23.98 | $431.64 |
| Dependent Life | No | $0.00 | $8.28 |
| EAP Admin Fee | No | $0.00 | $0.00 |
| FSA - Dep Care | Yes | $104.16 | $1,874.88 |
| GTL Imputed Inc | No | $0.00 | $127.08 |
| LTD Fringe | No | $10.25 | $184.50 |
| Marie Fund | No | $1.00 | $19.00 |
| Spouse Life | No | $0.00 | $90.00 |
| STD | No | $0.00 | $0.00 |
| Supp Life Cov | No | $0.00 | $327.60 |
| Vision | Yes | $4.50 | $81.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $46.36 | $887.24 |
| Federal Income Tax | $374.94 | $7,198.96 |
| Social Security Employee Tax | $198.26 | $3,793.73 |

### Paid Time Off

| Plan | Current | Balance | Account Number |
|---|---|---|---|
| Vacation | 4.6200 | 39.9000 | xxxxxx6367 |

### Net Pay Distribution

| Account Type | Amount |
|---|---|
| Checking | $2,566.90 |
| Total | $2,566.90 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,543.59 | $3,197.71 | $619.56 | $357.13 | $2,566.90 |
| YTD | $67,415.05 | $61,189.21 | $11,879.93 | $8,486.33 | $47,048.79 |

*Originally printed in English*

Current Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.



K. Hovnanian Companies, LLC
110 W Front St

Red Bank, NJ 07701

**Pay Statement**
Period Start Date 06/22/2013
Period End Date 07/05/2013
Pay Date           07/12/2013
Document           403158
Net Pay            $2,518.50

## Pay Details

**Sharon A Colombo**
173 SAND PINE DRIVE
JUPITER, FL 33477
USA

Employee Number: 103190
SSN: xxx-xx-▓▓▓▓
Job: Post Closing Mgr
Pay Rate: $43.79
Pay Frequency: Biweekly

Pay Group: Mortgage
Location: Mortgage/SE FL Office
Group: Z - None
Region: Z - None
Division: MTG - Mortgage Division
Area: Z - None

Federal Income Tax                      M 1
FL State Income Tax (Residence) M 1
FL State Income Tax (Work)        M 1

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL Imputed Inc | 0.0000 | $0.0000 | $14.12 | $98.84 |
| LTD Fringe | 0.0000 | $0.0000 | $10.25 | $133.25 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $700.66 |
| Regular | 80.0000 | $43.7918 | $3,503.34 | $46,244.11 |
| Sick | 0.0000 | $0.0000 | $0.00 | $1,051.00 |
| Tobacco Free Cr | 0.0000 | $0.0000 | $30.00 | $390.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,051.00 |

**Total Hours**  80.0000

## Deductions

| Deduction | Pre-Tax | Current (Employee) | YTD |
|---|---|---|---|
| 401k Loan | No | $0.00 | $1,504.03 |
| AD&D | No | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 |
| ConsumerChoice1 | Yes | $213.24 | $2,772.12 |
| Dental | Yes | $23.98 | $311.74 |
| Dependent Life | No | $0.92 | $6.44 |
| EAP Admin Fee | No | $0.00 | $0.00 |
| FSA - Dep Care | Yes | $104.16 | $1,354.08 |
| GTL Imputed Inc | No | $14.12 | $98.84 |
| LTD Fringe | No | $10.25 | $133.25 |
| Marie Fund | No | $1.00 | $14.00 |
| Spouse Life | No | $10.00 | $70.00 |
| STD | No | $0.00 | $0.00 |
| Supp Life Cov | No | $36.40 | $254.80 |
| Vision | Yes | $4.50 | $58.50 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $46.57 | $655.00 |
| Federal Income Tax | $374.94 | $5,324.26 |
| Social Security Employee Tax | $199.13 | $2,800.69 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Vacation | 4.6200 | 72.8000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6367 | Checking | $2,518.50 |
| Total | | $2,518.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,557.71 | $3,211.83 | $620.64 | $418.57 | $2,518.50 |
| YTD | $49,668.86 | $45,172.42 | $8,779.95 | $6,577.80 | $34,311.11 |

*Originally printed in English*

Current Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.



K. Hovnanian Companies, LLC
110 W Front St

Red Bank, NJ 07701

**Pay Statement**
Period Start Date 02/16/2013
Period End Date 03/01/2013
Pay Date 03/08/2013
Document 391103
Net Pay $2,381.76

## Pay Details

Sharon A Colombo
173 SAND PINE DRIVE
JUPITER, FL 33477
USA

| | |
|---|---|
| Employee Number | 103190 |
| SSN | xxx-xx-▓ |
| Job | Post Closing Mgr |
| Pay Rate | $43.79 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Mortgage |
| Location | Mortgage Div-Boynton Bch |
| Group | Z - None |
| Region | Z - None |
| Division | MTG - Mortgage Division |
| Area | Z - None |

Federal Income Tax    M 1
FL State Income Tax (Residence) M 1
FL State Income Tax (Work)    M 1

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL Imputed Inc | 0.0000 | $0.0000 | $14.12 | $42.36 |
| LTD Fringe | 0.0000 | $0.0000 | $10.25 | $51.25 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $350.33 |
| Regular | 80.0000 | $43.7918 | $3,503.34 | $16,816.04 |
| Tobacco Free Cr | 0.0000 | $0.0000 | $30.00 | $150.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $350.33 |

**Total Hours** 80.0000

## Deductions

| Deduction | Pre-Tax | Current (Employee) | YTD |
|---|---|---|---|
| 401k Loan | No | $136.73 | $683.65 |
| AD&D | No | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 |
| ConsumerChoice1 | Yes | $213.24 | $1,066.20 |
| Dental | Yes | $23.98 | $119.90 |
| Dependent Life | No | $0.92 | $2.76 |
| EAP Admin Fee | No | $0.00 | $0.00 |
| FSA - Dep Care | Yes | $104.16 | $520.80 |
| GTL Imputed Inc | No | $14.12 | $42.36 |
| LTD Fringe | No | $10.25 | $51.25 |
| Marie Fund | No | $1.00 | $5.00 |
| Spouse Life | No | $10.00 | $30.00 |
| STD | No | $0.00 | $0.00 |
| Supp Life Cov | No | $36.40 | $109.20 |
| Vision | Yes | $4.50 | $22.50 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $46.57 | $232.45 |
| Federal Income Tax | $374.94 | $1,879.38 |
| Social Security Employee Tax | $199.14 | $993.92 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 8.0000 |
| Vacation | 4.6200 | 47.2200 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6367 | Checking | $2,381.76 |
| Total | | $2,381.76 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,557.71 | $3,211.83 | $620.65 | $555.30 | $2,381.76 |
| YTD | $17,760.31 | $16,030.91 | $3,105.75 | $2,653.62 | $12,000.94 |

*Originally printed in English*