**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE:
Sharon A Colombo
SSN: XXX-XX-9891

CASE NO: 13-20842-BKC-EPK
PROCEEDING UNDER CHAPTER 13

DEBTOR                              /

### NOTICE OF WITHDRAWAL OF MOTION AND CANCELLATION OF HEARING

### *** (Hearing Set for 10/15/2013 is cancelled) **

**PLEASE TAKE NOTICE** that Robin R. Weiner, Esquire, Standing Chapter 13 Trustee hereby withdraws her Motion to Dismiss or in the Alternative Convert Case to Chapter 7, said motion having been made moot. The hearing set for October 15, 2013 at 1:00 pm on said motion is hereby cancelled.

**RESPECTFULLY SUBMITTED** this 18th day of October, 2013.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: (954) 382-2001
FLORIDA BAR NO.: 861154

**COPIES FURNISHED TO:**

**DEBTOR**
Sharon A Colombo
173 Sand Pine Dr
Jupiter, FL 33477

**ATTORNEY FOR DEBTOR**
Inger M. Garcia, Esquire
Po Box 11933
Fort Lauderdale, FL 33339