CGFD32 (2/28/11)



**ORDERED in the Southern District of Florida on October 22, 2013**



**Erik P. Kimball**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 13–20842–EPK**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Sharon A Colombo
173 Sand Pine Dr
Jupiter, FL 33477

SSN: xxx–xx–9891

## ORDER DISCHARGING CHAPTER 13 TRUSTEE

An order converting this case to chapter 7 was entered in this case. Robin R Weiner, the chapter 13 trustee, having filed a final report, is discharged.

# # #