**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:                                                    Case No. 13-20842-   EPK
                                                          Chapter        7
COLOMBO, SHARON A.


_____Debtor_____/

## DECLARATION REGARDING SCHEDULE OF UNPAID DEBTS
## INCURRED AFTER THE COMMENDCEMENT OF THE CHAPTER 13

There are no debts incurred after the Commencement of the Chapter 13 in this matter.



     /s/Inger Garcia, Esq.
_____
Signature of Attorney or Debtor


Date: October 30, 2013_____