**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 13-20842- EPK |
| COLOMBO, SHARON A. | Chapter 7 |
| _____Debtor_____/ | |

## MOTION FOR EXTENSION TO COMPLY WITH 6(D) OF ORDER UPON CONVERSION OF CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7 BY THE DEBTOR

The Debtor, by and through the undersigned counsel, files this Motion for Extension to Comply with 6(d) of the Order Upon Conversion of case Under Chapter 13 to Case Under Chapter 7 by the Debtor, as follows:

1.  It is requested the Debtor have additional time to comply with 6(d) of the Order  - to file a certificate and debt repayment plan or a request for a determination.

Wherefore,  it is respectfully requested an extension be granted to comply with this section 6(d) of the Order, and for any other relief deemed fit and proper.


    /s/Inger Garcia, Esq.
_____
Signature of Attorney or Debtor


Date: October 30, 2013