U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                              CASE NO: 13-20842-BKC-EPK
                                                    PROCEEDING UNDER CHAPTER 7

**SHARON A COLOMBO**
XXX-XX-9891

 DEBTOR(S)
_____/

## RENEWED NOTICE OF APPEARANCE AND REQEUST TO BE SERVED ELECTRONICALLY

Please Take Notice, that Inger M. Garcia, Esq., the undersigned counsel, hereby files her Renewed Notice of Appearance, on behalf of Debtor, SHANON A. COLOMBO, in the above styled case. The undersigned requests to be served electronically in this matter as a new electronically filing attorney.

I HEREBY CERTIFY, that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A), and that a true and correct copy of this Renewed Notice of Appearance and Request to be served Electronically was served via CM/ECF, upon the parties listed on the attached service list this 30th day of October, 2013.

Respectfully Submitted,

/s/ Inger Garcia

_____
**INGER M. GARCIA, ESQ.**
Florida Bar No. 0106917
P.O. Box 11933
Ft. Lauderdale, FL 33339
(Tel) 954-894-9962
(Fax) 954-446-1635
E-mail:  attorney@ingergarcia.com

## SERVICE LIST

*Trustee*
Deborah Menotte
POB 211087
West Palm Beach, FL 33421
(561) 795-9640

1

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov